UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIN KARIMPOUR<br>    Plaintiff<br><br>v.<br><br>STANLEY BLACK & DECKER, RHONDA GASS and JOSEPH PEREIRA Defendants | CIVIL ACTION NO.: 1:21-cv-11498-DLC |

### PLAINTIFF'S MOTION FOR CORRECTION IN COURT PROCEEDINGS

    Plaintiff, Amin Karimpour, Seek the honorable court to correct the proceeding as this case has not gone through full litigation in Massachusetts district court on all the pending Motions and it is not ready for the appellate review.   Plaintiff July 4th, 2022 Motion was to reserve the rights of appeal on honorable Judge decisions without hearing on a Pro Se' case filed in Massachusetts Superior Court.

    Per plaintiff discussion with First Circuit Court of Appeal, the case should be fully litigated on all issues in hand at Massachusetts District Court before it goes for the appellate review.   This case has open items that both Plaintiff and defendant agree to be decided on by the jury of people and hence has not taken its full course in Massachusetts District Court before it can go through appellate proceedings in the First Circuit Court.

                                                                         Respectfully submitted,

                                                                          Amin Karimpour

I, Amin Karimpour, declare I hereby certify that, on this 30th day of September 2022, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

    ____*Amin Karimpour*_____
    Signature
    66 Marlboro Street, Belmont, MA 02478

Dated:  Sept 30th, 2022