# United States Court of Appeals
## For the First Circuit

No. 22-1689

AMIN KARIMPOUR,

Plaintiff - Appellant,

v.

STANLEY BLACK & DECKER, INC.; RHONDA GASS; JOSEPH PEREIRA,

Defendants - Appellees.

**JUDGMENT**

Entered: November 1, 2022
Pursuant to 1st Cir. R. 27.0(d)

Plaintiff-Appellant Amin Karimpour is presently in default for failure to file a response to the Court's September 30, 2022 order to show cause, which warned appellant that failure to file a response would result in this appeal's dismissal for lack of diligent prosecution. Appellant has failed to comply and has not requested an extension of time to do so.

Accordingly, it is ordered that the above-captioned appeal be dismissed. See 1st Cir. R. 3.0(b) and 45.0(a).

By the Court:

Maria R. Hamilton, Clerk

cc:
Amin Karimpour
Christopher Anthony Duggan
Dana A. Zakarian