UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMIN KARIMPOUR<br>    Plaintiff<br><br>v.<br><br>STANLEY BLACK & DECKER, RHONDA GASS and JOSEPH PEREIRA Defendants | CIVIL ACTION NO.: 1:21-cv-11498-DLC |

### **PLAINTIFF'S MOTION FOR MORE TIME AND CHANGES TO THE COURT HEARING ON MAY 31st, 2023**

Plaintiff, Amin Karimpour, seek the honorable court for more time and change on May 31st, 2023 scheduled hearing. Plaintiff is traveling overseas and will have no proper access to the court for even remote hearing.

Plaintiffs require some time to properly prepare for this hearing as Security/Health Care Division that Plaintiff worked for at Stanley Black and Decker has been sold to Securitas, a Swiss company.

On October 7th 2018, when the plaintiff was layoff from Security/Healthcare division, he was not given even the rights to pick up his personal items from his desk. Plaintiff seeks the court orders in discovery phase to expose the organizational orchestrated approach in age discrimination practices of the company against him.

MCAD recognized the plaintiff was discriminated on March 8th, 2019, reorganization (less than 300 days pre-to-complaint filing), even after formal plaintiff complaint in February of that year, that led to Brian Furtak, his directory, early retirement. On March 8th, 2019, plaintiff was

denied once again Managerial role over just out of college person in the team. Electronic Communications between Brian Furtak, HR, Rhonda Gass, Steve Mascola, and Joe Pereira taken by the company to first suppress plaintiff internal complaint and later the communication between Defendants on IT reorganization and HR representatives that lead to re-organization of IT team for the Security and Health Care Division; That brought Steve Mascola from Director of M&A to HealthCare team Management; will shed light to this orchestration that was driven from the top by Rhonda Gass, Joe Pereira boss.

The above discovery will support plaintiff position that Rhonda Gass with the orchestrator of the reorganization and Joe Pereira ultimate violator in age discrimination that was stated so clearly in his communication to Brian Furtak.   Joe Pereira was direct report to Rhonda Gass and Plaintiff internal complaint against Joe was discussed with her by HR.

Plaintiff seeks jury hearing on this complain and restatement of Rhonda Gass as a Defendant on this case.   Communications made to HR reflect her name and her logical position in what transpired in Re-Organization on March 8th, 2019, This is reported age discrimination from timeliness of the complaint with MCAD and general expectation of the participation given what transpired.

Respectfully submitted,

Amin Karimpour

I, Amin Karimpour, declare I hereby certify that, on this 14th day of May 2023, I electronically filed the foregoing document through the CM/ECF system, which will send notification to the registered participants as identified on the Notice of Electronic Filing, and, on this day, I will cause a copy to be mailed to each of those indicated as non-registered participants.

_____Amin Karimpour_____
Signature
66 Marlboro Street, Belmont, MA 02478

Dated:  May 14th, 2023